UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

JIM D. ODOM AND JEANE B. ODOM                                         PLAINTIFFS

V.                                                    CIVIL ACTION NO. 1:05cv669-LTS-RHW

ARMED FORCES INSURANCE A/K/A                                          DEFENDANT
ARMED FORCES INSURANCE EXCHANGE

ORDER

In accordance with a Memorandum Opinion filed contemporaneously herewith, **IT IS ORDERED:**

To the extent of any claims by Plaintiffs arising from the issuance of the subject insurance policy, Defendant's Motion for Summary Judgment [20] is **GRANTED**;

To the extent of any issues related to the handling of Plaintiffs' claims, as well as punitive damages and extra-contractual damages, Defendant's Motion for Summary Judgment or, in the alternative, for Partial Summary Judgment [20] is **DENIED.**

**SO ORDERED** this the 31st day of August, 2006.

S/ *L. T. Senter, Jr.*

Senior Judge